UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WON VISION, INC.,

    Plaintiff,

v.                              Case No. 0:20-cv-62629

RAMADA WORLDWIDE INC.

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

    Defendant, RAMADA WORLDWIDE INC. ("Defendant") by its attorneys and pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of Case No. CACE-20-020132, which is pending in Broward County 17th Judicial Circuit Court, to the United States District Court for the Southern District of Florida. In support of this Notice, Defendant states as follows:

    1.    On December 2, 2020, Plaintiff WON VISION, INC., on behalf of itself and all other persons similarly situated, filed an action in Broward County 17th Judicial Circuit Court titled *Won Vision, Inc v. Ramada Worldwide, Inc. d/b/a/ Wyndham Hotels*,[1] Case No. CACE-20-020132. Defendant was served with a copy of the Complaint and Summons on December 3, 2020. A copy of the Complaint is attached hereto as Exhibit "A".

    2.    Presently, Defendant's response to the Complaint is due on or before December 23, 2020.

    3.    This action involves claims by Plaintiff under the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*. ("ADA").

---

[1] Defendant does not do business as "Wyndham Hotels."

4. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this action because Plaintiff's ADA claims arise under the laws of the United States. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

5. Because this action is pending in Broward County 17th Judicial Circuit Court, venue for these purposes is proper in this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days after Defendant's receipt of a copy of the initial pleading setting forth the claim against it for relief upon which this action is based.

7. Prompt written notice of this Notice of Removal is being sent to Plaintiff and to the Clerk of the Court of the Broward County 17th Judicial Circuit Court, as required by 28 U.S.C. § 1446(d). A copy of the notice is attached as Exhibit "B".

8. The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, certifies that Defendant's factual allegations have evidentiary support and its legal contentions are warranted by existing law. The undersigned also certifies that this Notice is not interposed for any improper purpose, such as to harass, cause needless delay, or increase the cost of litigation.

Date: December 21, 2020

Respectfully submitted,

By s/ Kevin M. Young
    Kevin M. Young
    Florida Bar No. 114151
    SEYFARTH SHAW LLP
    1075 Peachtree St. NE, Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056
    Email: kyoung@seyfarth.com

Counsel for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WON VISION, INC.,

    Plaintiff,

        v.                              Case No. 0:20-cv-62629

RAMADA WORLDWIDE INC.,

    Defendant.
_____/

### CERTIFICATE OF SERVICE

I certify that on December 21, 2020, I electronically filed DEFENDANT'S NOTICE OF REMOVAL with the Clerk of Court using the Court's ECF system, which will send notice of such filing to the following attorneys of record:

        Lawrence J. McGuinness
        MG Legal Group
        3126 Center Street
        Coconut Grove, FL 33133
        ljm@ljmpalaw.com

                          s/ Kevin M. Young
                          Counsel for Defendant